# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**  **CRIMINAL SECTION**
CLERK OF COURT  404-215-1615

July 9, 2008

Clerk of Court
District of South Carolina
901 Richland Street
Columbia, SC 29201

    RE:    United States of America v. Francisco Gonzalez Lopez
              NDGA Case No.: 1:08-mj-746
              Your Case No.: 08:08-628

Dear Clerk:

    Rule 5(c)(3) proceedings were held in this district on 7/2/08. Please find enclosed original documents of said proceedings, and certified copies of commitment to another district and our docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                                Sincerely,

                                James N. Hatten
                                Clerk of Court

                    By:      s/ Belqyis  Evans
                                Deputy Clerk

Enclosures